### COHEN *v.* BEALL.

PER CURIAM.   This case came before this court upon a writ of error; and the same being for decision by a full bench of six Justices, who are evenly divided in opinion, Justices Lumpkin, Beck, and Holden being in favor of a reversal, and Chief Justice Fish, Presiding Justice Evans, and Justice Atkinson being in favor of an affirmative, it is considered and adjudged that the judgment of the court below stand affirmed by operation of law.

SEPTEMBER 23, 1910.

Action for money had and received.   Before Judge Seabrook. Washington superior court.   March 3, 1909.

*Wright & Hyman,* for plaintiff.

*Hines & Jordan* and *R. L. Gamble,* for defendant.